1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MOORISH SCIENCE TEMPLE OF                No.  2:18-cv-2094 TLN GGH
     AMERICA, et al.
12
                     Plaintiffs,
13                                                FINDINGS AND RECOMMENDATIONS

            v.
14
     SIERRA PACIFIC MORTGAGE
15   COMPANY,

16                   Defendant.

17

18          Plaintiffs, proceeding pro se out of Chicago, Illinois, filed a complaint alleging breach of

19   contract (Pooling Servicing Agreement), among other things, ECF No. 1, along with a motion to

20   proceed in forma pauperis ["IFP"].  ECF No. 2.  The magistrate judge to whom the matter was

21   referred issued an order on September 4, 2018, granting IFP status in part and dismissing the

22   complaint because the real party in interest cannot proceed without representation by counsel, and

23   because the filed complaint did not comply with the dictates of Federal Rules of Civil Procedure

24   8(a).  ECF No. 3.  In that order the magistrate judge granted plaintiffs a period of 45 days from

25   the date of the order to acquire counsel, and for that counsel to file an amended complaint in

26   conformity with the instructions provided in the Order.  Id. at 6-7.

27          The Clerk of the Court served the order by mailing it to plaintiffs' address of record on

28   September 4, 2018, and on September 25, 2018 the mail was returned as undeliverable.  It

                                                     1

1  therefore appears that plaintiffs have failed to comply with Local Rule 183(b), which requires that

2  a party appearing in pro se inform the court of any address change.  More than sixty-three days

3  have passed since the court order was returned by the postal service and plaintiffs have failed to

4  notify the Court of a current address.

5          Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without

6  prejudice for failure to prosecute.  <u>See</u> Local Rule 183(b).

7          These findings and recommendations are submitted to the United States District Judge

8  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

9  after being served with these findings and recommendations, plaintiffs may file written objections

10  with the court.  The document should be captioned "Objections to Magistrate Judge's Findings

11  and Recommendations."  Plaintiffs are advised that failure to file objections within the specified

12  time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153

13  (9th Cir. 1991).

14          IT IS SO ORDERED.

15  Dated: December 6, 2018

16                                          /s/ Gregory G. Hollows
                                     UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28